DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH DUPEROUX,**
Appellant,

v.

**LAW OFFICE OF VICTORIA MORALES, P.A.,**
Appellee.

No. 4D22-861

[February 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE-18-16027(04).

Joseph Duperoux, Lauderdale Lakes, pro se.

Eduardo A. Maura and Luis F. Quesada of Ayala Law, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***